In the Matter of the Claim of ALICE SKAKANDY et al., Appellants, against WRECKERS AND EXCAVATORS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 12, 1949; decided March 3, 1949.

*Morris Zweibel, Robert X. Kuzmier* and *Francis E. Carberry* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Wendell P. Brown* of counsel), for Workmen's Compensation Board, respondent.

*Bernard Katzen, General Attorney (Victor Fiddler* and *George J. Hayes* of counsel), for State Insurance Fund and another, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.